# EXHIBIT A

July 31, 2023



245 1 77749 ****************AUTO**ALL FOR AADC 076
STEVEN J COHEN

**Re:** Notice of Security Breach

**Dear Steven J Cohen,**

I am writing to let you know that Entertainment Partners experienced a security incident that resulted in unauthorized access to a subset of our accounting application data that included your personal information.

To our knowledge, we are not aware of any actual or attempted misuse of personal information as a result of this incident. However, as a precautionary measure, we are offering you a complimentary subscription to an identity monitoring solution through Kroll. This service will provide twenty-four (24) months of credit and identity monitoring services. Additional information about the incident, our ongoing response, and the resources that are available to help protect your information can be found below.

**What Happened?** On the morning (Pacific Time) of Friday, June 30, 2023, we detected suspicious activity within a limited area of our computer network that supports a subset of our accounting applications. We promptly took the applications offline, notified law enforcement, and engaged industry-leading cybersecurity experts to investigate. Over the course of the following few weeks, we determined that a sophisticated threat actor evaded our cybersecurity defenses and acquired database files containing your personal information. We have recovered the database files.

**What Are We Doing?** We are continuing to work with federal law enforcement and our cybersecurity experts. We have restored the applications. We will continue to prioritize additional investments in our cybersecurity defenses. We will continue to monitor online forums and marketplaces for any information relating to this event; we have found none to date.

**What Information Was Involved?** The database files included your name, mailing address, social security number and/or tax identification number in connection with prior productions on which you worked. Please note that your compensation information was not affected.

**What You Can Do.** We have enclosed an Identity Protection Reference Guide to make you aware of public resources on ways to monitor and help protect your personal information. You will also find information on how to activate the identity monitoring services we are offering you, free of charge, if you are interested in these services.

**For More Information.** If you have any questions or concerns, please call our dedicated support team at (866) 676-3269, Monday through Friday 8 am – 8 pm ET (excluding major U.S. holidays).

We're sorry for any inconvenience this may cause you.

Sincerely,

Markham L. Goldstein
President & CEO – Entertainment Partners

ELN-18587-77749