DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

PAUL R. KIESEL (Bar No. 119854)
  kiesel@kiesel.law
JEFFREY A. KONCIUS (Bar No. 189803)
  koncius@kiesel.law
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, CA 90211
Telephone: (310) 854-4444
Facsimile: (310) 854-0812

*Attorneys for Plaintiff Steven Cohen*

*Additional Counsel listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| STEVEN COHEN on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EP GLOBAL PRODUCTION SOLUTIONS, LLC d/b/a ENTERTAINMENT PARTNERS,<br><br>Defendant | CASE NO. 2:23-cv-7679<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF RELATED CASE** |

998273.1

NOTICE OF RELATED CASE

Pursuant to Local Rule 83-1.3.1, Plaintiff in the above-captioned matter *("Cohen")* hereby provide notice of the following related cases currently pending in the Central District of California:

*Brenden Smith v. Entertainment Partners, LLC, et al.*, No. 2:23-cv-06546-CAS-PVC ("*Smith*");

*Darnisha Goff v. Entertainment Partners, LLC*, No. 2:23-cv-06575-CAS-PVC ("*Goff*");

*William Rhumm. v. EP Global Production Solutions, LLC, et al.*, No. 2:23-cv-06713-CAS-PVC ("*Rhumm*");

*Alexis Murphy v. Entertainment Partners, LLC*, No. 2:23-cv-06714-CAS-PVC ("*Murphy*");

*Antionette Staniewicz v. Entertainment Partners, LLC*, No. 2:23-cv-06731-CAS-PVC ("*Staniewicz*");

*Hopelyn Ferguson v. EP Global Production Solutions, LLC*, No. 2:23-cv-06732-CAS-PVC ("*Ferguson*");

*Aimee Levi v. Entertainment Partners, LLC*, et al., No. 2:23-cv-06781-CAS(PVCx) ("*Levi*");

*Janet Dyer v. Entertainment Partners, LLC, et al.*, No. 2:23-cv-06821-WLH-SSC ("*Dyer*");

*Victoria Minnich v. EP Global Production Solutions, LLC*, No. 5:23-cv-01696-SSS-SHK ("*Minnich*"); and

*Replogle v. EP Global Productions Solutions, LLC*, No. 2:23-cv-06941-JLS-JC ("*Replogle*")

Civil Local Rule 83-1.3.1 states that actions are related when they appear, *inter alia*:

(a)   To arise from the same or a closely related transaction, happening or event; or

**1**  (b) To call for determination of the same or substantially related or similar
**2** questions of law and fact; and

**3**  (c) For other reasons would entail substantial duplication of labor if heard
**4** by different judges.

**5**  The above cases arise from the same transactions, happenings, and events as
**6** the *Cohen* case. The cases also call for determination of the same or substantially
**7** similar questions of law and fact. The cases involve a common defendant and arise
**8** from the same or substantially similar series of facts. They all allege that Defendant
**9** failed to properly secure and safeguard highly valuable, protected personally
**10** identifiable information, including names, Social Security numbers and/or tax
**11** identification numbers, and mailing addresses. They all allege that Defendant failed
**12** to provide adequate notice to Plaintiff and similarly situated class members. The cases
**13** present virtually identical questions of law and fact relating to Defendant's knowledge
**14** of the conduct.

**15**  Relating (and consolidating) all of the cases would avoid the duplication of
**16** labor, unnecessary costs, and the risk of conflicting results. It would also promote the
**17** just and efficient conduct of the cases. Accordingly, Plaintiff respectfully submit that
**18** the *Smith, Goff, Rhumm, Murphy, Staniewicz, Ferguson, Levi, Dyer, Minnich and*
**19** *Replogle* cases should be related to, and consolidated with, the *Cohen* case.
**20** / / /
**21** / / /
**22** / / /
**23** / / /
**24** / / /
**25** / / /
**26** / / /
**27** / / /
**28** / / /

| | |
|---|---|
| DATED: September 14, 2023 | **PEARSON WARSHAW, LLP** |

By:      */s/ Daniel L. Warshaw*
DANIEL L. WARSHAW

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

JAMES J. PIZZIRUSSO*
  jpizzirusso@hausfeld.com
AMANDA V. BOLTAX*
  mboltax@hausfeld.com
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 542-7200
Facsimile: (202) 542-7201

STEVEN M. NATHAN (Bar No. 153250)
  snathan@hausfeld.com
**HAUSFELD LLP**
33 Whitehall Street, 14th Floor
New York, NY 10004
Telephone:  (646) 357-1100
Facsimile:   (212) 202-4322

PAUL R. KIESEL (Bar No. 119854)
  kiesel@kiesel.law
JEFFREY A. KONCIUS (Bar No. 189803)
  koncius@kiesel.law

|   |                                                    |
|---|----------------------------------------------------|
| 1 | **KIESEL LAW LLP**                                 |
| 2 | 8648 Wilshire Boulevard                            |
|   | Beverly Hills, CA 90211                            |
| 3 | Telephone: (310) 854-4444                          |
| 4 | Facsimile:    (310) 854-0812                       |
| 5 | *Counsel for Plaintiff and the Proposed Class*     |
| 6 |                                                    |
|   | *Pro Hac Vice Forthcoming*                         |